No. —, original. EX PARTE HENRY HAWK. April 12, 1943. The motion for leave to file petition for writ of habeas corpus is denied without prejudice to an application to the District Court.

No. —, original. EX PARTE DEWEY WALLACE McMURTREY. April 12, 1943. The motion for leave to file petition for writ of certiorari is denied.

No. 792. STEPHAN v. UNITED STATES. April 14, 1943. The motion for a stay of execution is granted and it is ordered that execution of the sentence of death in this case be stayed until further order of this Court.

No. 720. BAYUK CIGARS, INC. v. PENNSYLVANIA. April 19, 1943. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. (1) *Butler Bros.* v. *McColgan,* 315 U. S. 501, and cases cited; *Wisconsin* v. *J. C. Penney Co.,* 311 U. S. 435, 441; *Department of Treasury* v. *Wood Preserving Corp.,* 313 U. S. 62, 66–67; *Wheeling Steel Corp.* v. *Fox,* 298 U. S. 193; (2) *Madden* v. *Kentucky,* 309 U. S. 83, 87–90. *Mr. Jerome J. Rothschild* for appellant. *Mr. Frank A. Sinon* for appellee.